DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RESTORATION 1 OF BOCA RATON** a/a/o **KATHLEEN KIRK,**
Appellant,

v.

**SOUTHERN OAK INSURANCE COMPANY,**
Appellee.

No. 4D20-1637

[June 24, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2018-CA-006378-XXXX-MB.

John P. Salas of Salas Law Firm, P.A., Plantation, for appellant.

Adrianna de la Cruz-Muñoz, Scott A. Cole, and Michael A. Rosenberg of Cole, Scott & Kissane, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***